UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                    2:03-cr-6-FtM-29SPC

ANGEL MANUEL MARTINEZ
_____

**<u>OPINION AND ORDER</u>**

     This matter comes before the Court on defendant's Timely Notice of Preservation of Blakely/Booker Claim (Doc. #90), filed on January 13, 2006.

     Defendant pled guilty to Counts 1, 2, and 3, of the Indictment and was sentenced to a total term of 140 months imprisonment, four years supervised release, and a $300 special assessment. Judgment (Doc. #87) was entered on March 22, 2005. No direct appeal was filed, and defendant has not sought any further post-conviction relief.

     Federal prisoners whose convictions became final after April 24, 1996, the effective date of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), have one year from the latest of any of four events to file a § 2255 Motion: (1) the date on which the conviction became final; (2) the date on which any government-imposed impediment to making the motion is removed; (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.  28 U.S.C. §2255; see also Pruitt v. United States, 274 F.3d 1315, 1317 (11th Cir. 2001).

It would appear that the time to seek federal habeas relief has not yet expired.  If defendant wishes to present an argument under United States v. Booker, 125 S. Ct. 738 (2005), defendant may do so by filing the appropriate forms with the Court.  Rather than construe the request to preserve as a § 2255 petition for relief, the Court will give defendant the opportunity to present any and all arguments proper for collateral relief in a new filing.  Defendant is cautioned that the motion must be timely filed.

Accordingly, it is now

**ORDERED**:

1.   Defendant's Timely Notice of Preservation of Blakely/Booker Claim (Doc. #90) is **DENIED** without prejudice.

2.   The Clerk shall send defendant a copy of the Form AO 243 for filing a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody if defendant so desires.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of January, 2006.

Copies:
AUSA
Defendant

JOHN E. STEELE
United States District Judge